IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:20-CV-985-L** |
| | § | |
| **PURITY HEALTH AND WELLNESS** | § | |
| **CENTERS, INC.,** a Wyoming | § | |
| Corporation; **JEAN JUANITA ALLEN,** an | § | |
| Individual**,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is the parties' Agreed Motion for Entry of Judgment of Permanent Injunction (Doc. 7), filed April 22, 2020. The United States of America ("Government") has filed a Complaint to prevent Purity Health and Wellness Centers, Inc. and Jean Juanita Allen ("Defendants") from continuing to make representations and statements about treating COVID-19 that the Government alleges are untrue. While Defendants do not in any way admit that they committed fraud, Defendants acknowledge that the public interest in preventing the representations and statements from being made is strong, and agree to the entry of a permanent injunction that: (1) bars them from making any representations or statements that "ozone therapy" may be used to treat, cure, prevent, or otherwise mitigate the impact of the novel coronavirus or COVID-19; and (2) requires them to remove, delete, take down, and cease making any such representations or statements regarding "ozone therapy," including, but not limited to, posts on Defendants' Instagram account operating under the name "purityhealthdallas."

The court determines, pursuant to Federal Rule of Civil Procedure 65 and applicable Supreme Court and Fifth Circuit authority, all factors to grant a permanent injunction have been

established. Accordingly, the court **grants** the parties' Agreed Motion for Entry of Judgment of Permanent Injunction; and will enter judgment by separate document, as required by Federal Rule of Civil Procedure 58, in favor of the United States of America and against Defendants Purity Health and Wellness Centers, Inc. and Jean Juanita Allen, as agreed to by the parties.

 **It is so ordered** this 23rd day of April, 2020.

                Sam A. Lindsay
                United States District Judge

**Order – Page 2**