IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:20-CV-985-L** |
| | § | |
| **PURITY HEALTH AND WELLNESS CENTERS, INC.,** a Wyoming Corporation; **JEAN JUANITA ALLEN,** an Individual, | § § § § | |
| | § | |
| Defendants. | § | |

## AGREED JUDGMENT AND ENTRY OF PERMANENT INJUNCTION

The court **issues** this Agreed Judgment pursuant to its Order, filed earlier today, granting the parties' Agreed Motion for Entry of Permanent Injunction, and the parties' settlement agreement, in favor of the United States of America and against Defendants Purity Health and Wellness Centers, Inc. and Jean Juanita Allen ("Defendants").

Accordingly, it is hereby **ordered, adjudged,** and **decreed** that Defendants are **permanently enjoined** and shall immediately **cease** from offering to treat, cure, prevent, or otherwise mitigate the impact of the novel Coronavirus or COVID-19 through "ozone therapy."

Further, it is hereby **ordered, adjudged,** and **decreed** that Defendants **shall** remove, delete, take down, and cease making any such representations or statements regarding "ozone therapy" as they relate to the Coronavirus or COVID-19, including, but not limited to, posts on Defendants' Instagram account operating under the name "purityhealthdallas."

Finally, it is **ordered, adjudged,** and **decreed** that this is a final judgment; the court retains jurisdiction to enforce the terms of the permanent injunction; and the parties shall bear their own costs of court.

Signed this the 23rd day of April, 2020.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge